IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FRED WILLIAMS, | * |
|       Plaintiff, | * |
| v. | Case No.   7:21-CV-75(WLS) |
| | * |
| STEPHEN SULLIVAN, et al., | |
| | * |
|       Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 6th day of August, 2021.

                                                David W. Bunt, Clerk

                                                s/ Robin L. Walsh, Deputy Clerk